B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Alfaro, Mario A** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Alfaro, Ana G** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **4469** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **2951** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**840 Cherry Valley Rd Apt 107**<br>**Vernon Hills, IL**<br>ZIPCODE **60061** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**840 Cherry Valley Rd Apt 107**<br>**Vernon Hills, IL**<br>ZIPCODE **60061** |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business:<br>**Lake** |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [✓] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [✓] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [✓] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [✓] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Alfaro, Mario A & Alfaro, Ana G** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X <i>/s/ Troy L Gleason</i>              <b>10/21/08</b><br><span style="font-size:small">Signature of Attorney for Debtor(s)             Date</span></td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>   ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>   ☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord or lessor that obtained judgment)<br><br>_____<br>(Address of landlord or lessor)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                                Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Alfaro, Mario A & Alfaro, Ana G**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Mario A Alfaro**
_____          **Mario A Alfaro**
Signature of Debtor

X  **/s/ Ana G Alfaro**
_____          **Ana G Alfaro**
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**October 21, 2008**
_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X  **/s/ Troy L Gleason**
_____
Signature of Attorney for Debtor(s)

**Troy L Gleason 6276510**
_____
Printed Name of Attorney for Debtor(s)

**Gleason & Gleason**
_____
Firm Name

**77 W Washington, Ste 1218**
_____
Address

**Chicago, IL  60602**
_____

**(312) 578-9530**
_____
Telephone Number

**October 21, 2008**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Official Form 1, Exhibit D (10/06)

<div align="center">

**United States Bankruptcy Court**
**Northern District of Illinois**

</div>

IN RE:                                                                   Case No. _____

Alfaro, Mario A                                                          Chapter **7**_____
_____
<div align="center">Debtor(s)</div>

<div align="center">

**EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE**
**WITH CREDIT COUNSELING REQUIREMENT**

</div>

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

　　☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

　　☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

　　☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.


Signature of Debtor: **/s/ Mario A Alfaro**_____

Date: **October 21, 2008**_____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 1, Exhibit D (10/06)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                          Case No. _____

Alfaro, Ana G                                                          Chapter **7** _____
                              Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: *__/s/ Ana G Alfaro__* _____

Date: **October 21, 2008** _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**UNITED STATES BANKRUPTCY COURT**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)**
**OF THE BANKRUPTCY CODE**

---

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

---

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in instalments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them,

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

<div style="text-align:center">

**Certificate of [Non-Attorney] Bankruptcy Petition Preparer**

</div>

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

**X**
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

<div style="text-align:center">

**Certificate of the Debtor**

</div>

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | |
|---|---|
| **Alfaro, Mario A & Alfaro, Ana G** | **X /s/ Mario A Alfaro**   10/21/2008 |
| Printed Name(s) of Debtor(s) | Signature of Debtor   Date |
| | |
| Case No. (if known) | **X /s/ Ana G Alfaro**   10/21/2008 |
| | Signature of Joint Debtor (if any)   Date |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Alfaro, Mario A & Alfaro, Ana G                              Chapter **7** _____
_____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 12,250.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 18,237.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | $ 61,941.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 3,141.84 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 3,139.00 |
| | TOTAL | 21 | $ 12,250.00 | $ 80,178.00 | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                             Case No. _____

Alfaro, Mario A & Alfaro, Ana G _____    Chapter **7** _____
                            Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | **0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | **0.00** |
| Student Loan Obligations (from Schedule F) | $ | **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | **0.00** |
| **TOTAL** | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | **3,141.84** |
| Average Expenses (from Schedule J, Line 18) | $ | **3,139.00** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | **3,866.66** |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | **10,737.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | **0.00** | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | **0.00** |
| 4. Total from Schedule F | | | $ | **61,941.00** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | **72,678.00** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Alfaro, Mario A & Alfaro, Ana G** _____   Case No. _____
                        Debtor(s)                                                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Alfaro, Mario A & Alfaro, Ana G** _____ Case No. _____
<div style="text-align:center">Debtor(s)</div> <div style="text-align:right">(If known)</div>

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on Hand** | | **50.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **2 Checking accounts** | | **200.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Household goods, including but not limited to: TVs, chairs, tables, sofas, bedroom furniture, some kitchen appliances.** | | **1,200.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, Pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other colletions or collectibles** | | **250.00** |
| 6.  Wearing apparel. | | **Used Clothing** | | **250.00** |
| 7.  Furs and jewelry. | | **Misc Costume Jewelry** | | **200.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

<div style="writing-mode:vertical">© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

B6B (Official Form 6B) (12/07) – Cont.

IN RE **Alfaro, Mario A & Alfaro, Ana G**                                                      Case No. _____
          Debtor(s)                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Possible suit against creditor for collecting on debt that wasnt debtor's | W | 2,600.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 02 Honda Accord<br>03 Honda Accord | H<br>W | 2,750.00<br>4,750.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

IN RE **Alfaro, Mario A & Alfaro, Ana G**                                    Case No. _____
_____
Debtor(s)                                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **12,250.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE **Alfaro, Mario A & Alfaro, Ana G**                                  Case No. _____
                            Debtor(s)                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:            ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on Hand** | **735 ILCS 5 §12-1001(b)** | **50.00** | **50.00** |
| **2 Checking accounts** | **735 ILCS 5 §12-1001(b)** | **200.00** | **200.00** |
| **Household goods, including but not limited to: TVs, chairs, tables, sofas, bedroom furniture, some kitchen appliances.** | **735 ILCS 5 §12-1001(b)** | **1,200.00** | **1,200.00** |
| **Books, Pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other colletions or collectibles** | **735 ILCS 5 §12-1001(a)** | **250.00** | **250.00** |
| **Used Clothing** | **735 ILCS 5 §12-1001(a)** | **250.00** | **250.00** |
| **Misc Costume Jewelry** | **735 ILCS 5 §12-1001(b)** | **200.00** | **200.00** |
| **Possible suit against creditor for collecting on debt that wasnt debtor's** | **735 ILCS 5 §12-1001(b)** | **2,600.00** | **2,600.00** |
| **02 Honda Accord** | **735 ILCS 5 §12-1001(c)** | **2,400.00** | **2,750.00** |
| **03 Honda Accord** | **735 ILCS 5 §12-1001(c)** | **2,400.00** | **4,750.00** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Alfaro, Mario A & Alfaro, Ana G** _____    Case No. _____
Debtor(s)    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. _(See Instructions Above.)_ | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **50000112978** <br><br> **Natl A Fin** <br> **5700 Crooks Rd Ste 301** <br> **Troy, MI  48098** | | **J** | **Installment account opened 6/05** <br><br><br> VALUE $ **4,750.00** | | | | **15,081.00** | **10,331.00** |
| ACCOUNT NO. **10075820** <br><br> **Overlnd Bond** <br> **4701 W Fullerton** <br> **Chicago, IL  60639** | | **H** | **Installment account opened 5/06** <br><br><br> VALUE $ **2,750.00** | | | | **3,156.00** | **406.00** |
| ACCOUNT NO. <br><br><br> | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br><br> VALUE $ | | | | | |

**0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ **18,237.00** | $ **10,737.00** |
| Total (Use only on last page) | $ **18,237.00** | $ **10,737.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

IN RE **Alfaro, Mario A & Alfaro, Ana G**
_____
Debtor(s)                                          Case No. _____
                                                                 (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

B6F (Official Form 6F) (12/07)

IN RE **Alfaro, Mario A & Alfaro, Ana G**
_____    Case No. _____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **12970919014540246** <br><br>**American General Finan** <br>**Po Box 604** <br>**Mundelein, IL  60060** | | H | **Revolving account opened 12/97** | | | | **425.00** |
| ACCOUNT NO. **1002242609** <br><br>**Armor Systems Co** <br>**1700 Kiefer Dr Ste 1** <br>**Zion, IL  60099** | | W | **Open account opened 5/08** | | | | **134.00** |
| ACCOUNT NO. <br><br>**North Suburban Dermatology Ass** <br>**900 N Westmoreland Rd # 233** <br>**Lake Forest, IL  60045** | | | **Assignee or other notification for:** <br>**Armor Systems Co** | | | | |
| ACCOUNT NO. **A500gsc1002092853** <br><br>**Assoc Creditors Exchan** <br>**5151 N. Harlem** <br>**Chicago, IL  60656** | | H | **Unknown account opened 10/02** | | | | **3,250.00** |

**9** continuation sheets attached

Subtotal
(Total of this page) $ **3,809.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

**IN RE** Alfaro, Mario A & Alfaro, Ana G _____    Case No. _____

Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Golf Surgical Center<br>8901 Golf Rd # 10<br>Des Plaines, IL  60016** | | | Assignee or other notification for:<br>**Assoc Creditors Exchan** | | | | |
| ACCOUNT NO. **005167**<br>**Associated Physicians Of Libertyville<br>1850 W Winchester Rd<br>Libertyville, IL  60048** | | J | Medical or Dental Bill | | | | **285.00** |
| ACCOUNT NO.<br>**At&T<br>Po Box 451409<br>Atlanta, GA  31145** | | J | Utility or Cellular Service | | | | **195.00** |
| ACCOUNT NO.<br>**Debt Credit Services<br>2493 Romig Rd<br>Akron, OH  44320** | | | Assignee or other notification for:<br>**At&T** | | | | |
| ACCOUNT NO. **5543155914**<br>**BP<br>C/O Blatt, Hasenmiller, Liebsker & Moore<br>125 S Wacker Dr, Ste 400<br>Chicago, IL  60606** | | J | Collections | | | | **1,855.00** |
| ACCOUNT NO.<br>**Midland Credit Mgmt<br>8875 Aero Dr Ste 200<br>San Diego, CA  92123-2255** | | | Assignee or other notification for:<br>**BP** | | | | |
| ACCOUNT NO. **14822143080105894**<br>**Cach Llc<br>370 17th St Ste 5000<br>Denver, CO  80202** | | H | Open account opened 1/08 | | | | **777.00** |

Sheet no. **1** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)  $ **3,112.00**

Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Alfaro, Mario A & Alfaro, Ana G**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Credit One Bankn.a.<br>Po Box 98873<br>Las Vegas, NV 89193 | | | Assignee or other notification for:<br>Cach Llc | | | | |
| ACCOUNT NO. 1580571<br>Certified Services Inc<br>1733 Washington St Ste 2<br>Waukegan, IL 60085 | | W | Open account opened 4/04 | | | | 755.00 |
| ACCOUNT NO.<br>Condell Medical Center<br>801 S Milwke Av<br>Libertyville, IL 60048 | | | Assignee or other notification for:<br>Certified Services Inc | | | | |
| ACCOUNT NO. 3737a<br>Certified Services Inc<br>1733 Washington St Ste 2<br>Waukegan, IL 60085 | | W | Open account opened 9/05 | | | | 83.00 |
| ACCOUNT NO.<br>Bannockburn Radiology Center<br>2151 Waukegan Rd # 150<br>Bannockburn, IL 60015 | | | Assignee or other notification for:<br>Certified Services Inc | | | | |
| ACCOUNT NO. Q615289<br>Certified Services Inc<br>For Family Dental Care<br>1733 Washington St Ste 2<br>Waukegan, IL 60085 | | W | Open account opened 5/06 | | | | 78.00 |
| ACCOUNT NO.<br>Family Dental Care<br>328 North Lake St<br>Mundelein, IL 60060 | | | Assignee or other notification for:<br>Certified Services Inc | | | | |

Sheet no. **2** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **916.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Alfaro, Mario A & Alfaro, Ana G**                                         Case No. _____
_____Debtor(s)_____                                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **07SC2458**<br>**Certified Services, Inc**<br>**C/O David J Axelrod**<br>**1448 Old Skokie Rd**<br>**Highland Park, IL  60035** | | J | **judgment** | | | | **1,272.00** |
| ACCOUNT NO. **1816312006535536**<br>**Check Recovery Systems**<br>**For Safeway**<br>**425 W Kelso St**<br>**Inglewood, CA  90301** | | W | **Open account opened 12/05** | | | | **225.00** |
| ACCOUNT NO.<br>**Safeway Stores**<br>**P.O. Box 29093**<br>**Phoenix, AZ  85038-9093** | | | **Assignee or other notification for: Check Recovery Systems** | | | | |
| ACCOUNT NO. **4447962111377168**<br>**Credit One Bank**<br>**Po Box 98875**<br>**Las Vegas, NV  89193** | | H | **Revolving account opened 6/06** | | | | **777.00** |
| ACCOUNT NO. **01M1109840**<br>**Discover Bank**<br>**C/O Baker, Miller, Markoff & Krasny**<br>**29 N Wacker Dr, 5th Flr**<br>**Chicago, IL  60606-3221** | | J | **Judgment** | | | | **12,800.00** |
| ACCOUNT NO. **8486294**<br>**Ffcc-columbus Inc**<br>**1550 Old Henderson Rd St**<br>**Columbus, OH  43220** | | W | **Open account opened 3/08** | | | | **315.00** |
| ACCOUNT NO.<br>**Diagnostics** | | | **Assignee or other notification for: Ffcc-columbus Inc** | | | | |

Sheet no. _____**3**___ of _____**9**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **15,389.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Alfaro, Mario A & Alfaro, Ana G**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Ford Motor Credit** <br> **12110 Emmet** <br> **Omaha, NE 68164** | | J | **notice only** | | | | **0.00** |
| ACCOUNT NO. **15010121561** <br> **GE Auto Financial** <br> **75 Remittance Dr, Ste 3061** <br> **Chicago, IL 60675** | | J | **Collections** | | | | **3,817.00** |
| ACCOUNT NO. <br> **Ge Auto Lease** <br> **540 W Northwest Hwy** <br> **Barrington, IL 60010** | | | **Assignee or other notification for:** <br> **GE Auto Financial** | | | | |
| ACCOUNT NO. **1001062210** <br> **Goduco Family Dentristry** <br> **C/O Armor Systems Corp** <br> **2322 N Green Bay Rd** <br> **Waukegan, IL 60087** | | J | **Medical or Dental Bill** | | | | **1,583.00** |
| ACCOUNT NO. **6836944** <br> **Illinois Collection Se** <br> **8231 185th St Ste 100** <br> **Tinley Park, IL 60487** | | W | **Open account opened 3/04** | | | | **63.00** |
| ACCOUNT NO. <br> **Northeast Radiology Associates** <br> **660 N Westmoreland Rd** <br> **Lake Forest, IL 60045** | | | **Assignee or other notification for:** <br> **Illinois Collection Se** | | | | |
| ACCOUNT NO. <br> **Internal Revenue Service** <br> **Centralized Insolvency Operations** <br> **PO Box 21126** <br> **Philadelphia, PA 19114-0326** | | H | **2001 taxes** | | | | **9,000.00** |

Sheet no. **4** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **14,463.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Alfaro, Mario A & Alfaro, Ana G**                                  Case No. _____
                                    Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Jewel Food Stores**<br>**C/O Heller And Frisone**<br>**33 N LaSalle St, #1200**<br>**Chicago, IL  60602** | | J | nsf | | | | 225.00 |
| ACCOUNT NO. **jpo2042**<br>**Joseph Purpura, MD**<br>**721 N Mckinley Rd**<br>**Lake Forest, IL  60045** | | J | **Medical or Dental Bill** | | | | 203.00 |
| ACCOUNT NO. **6627125**<br>**Kca Financial Svcs**<br>**628 North St**<br>**Geneva, IL  60134** | | W | **Open account opened 9/04** | | | | 268.00 |
| ACCOUNT NO.<br>**Chicago Imaging Assoc**<br>**3615 Treasury Center**<br>**Chicago, IL  60694** | | | **Assignee or other notification for:**<br>**Kca Financial Svcs** | | | | |
| ACCOUNT NO. **50273**<br>**Keynote Consulting**<br>**600 W Jackson**<br>**Chicago, IL  60661** | | W | **Open account opened 10/05** | | | | 960.00 |
| ACCOUNT NO.<br>**Community Dental Center** | | | **Assignee or other notification for:**<br>**Keynote Consulting** | | | | |
| ACCOUNT NO. **61291209**<br>**Lake Forest Hospital**<br>**660 N Westmoreland Rd**<br>**Lake Forest, IL  60045** | | J | **Medical or Dental Bill** | | | | 407.00 |

Sheet no. **5** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,063.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Alfaro, Mario A & Alfaro, Ana G**                                              Case No. _____
                        Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Cbcs**<br>**PO Box 163250**<br>**Columbus, OH  43216-3250** | | | **Assignee or other notification for:**<br>**Lake Forest Hospital** | | | | |
| ACCOUNT NO. **174051040791**<br>**Lvnv Funding**<br>**For Sears**<br>**Po Box 10497**<br>**Greenville, SC  29603** | | J | **Collections** | | | | **3,822.00** |
| ACCOUNT NO. **437563429250**<br>**Macys**<br>**Po Box 8066**<br>**Mason, OH  45040** | | J | **Revolving credit card charges incurred over the past several years.** | | | | **1,269.00** |
| ACCOUNT NO. **A43245cfo**<br>**Med Busi Bur**<br>**1460 Renaissance D**<br>**Park Ridge, IL  60068** | | H | | | | | **538.00** |
| ACCOUNT NO. **A47201cmr**<br>**Med Busi Bur**<br>**1460 Renaissance D**<br>**Park Ridge, IL  60068** | | H | | | | | **472.00** |
| ACCOUNT NO. **701093621**<br>**Nco Fin /99**<br>**Pob 41466**<br>**Philadelphia, PA  19101** | | H | **Open account opened 10/07** | | | | **115.00** |
| ACCOUNT NO.<br>**Com Ed**<br>**Revenue Management**<br>**2100 Swift Dr**<br>**Oak Brook, IL  60523** | | | **Assignee or other notification for:**<br>**Nco Fin /99** | | | | |

Sheet no. ____**6**__ of ___**9**___ continuation sheets attached to                                      Subtotal           $  **6,216.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

                                                                                                     Total
                                                            (Use only on last page of the completed Schedule F. Report also on
                                                            the Summary of Schedules, and if applicable, on the Statistical
                                                            Summary of Certain Liabilities and Related Data.)      $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Alfaro, Mario A & Alfaro, Ana G**                                    Case No. _____
_____
           Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5798530** <br><br> **Professnl Acct Mgmt In** <br> **633 W Wisconsin Ave Ste** <br> **Milwaukee, WI  53203** | | J | **Open account opened 4/06** | | | | **56.00** |
| ACCOUNT NO. <br><br> **Chex Systems** <br> **7805 Hudson Rd, Ste 100** <br> **Saint Paul, MN  55125-1595** | | | **Assignee or other notification for:** <br> **Professnl Acct Mgmt In** | | | | |
| ACCOUNT NO. <br><br> **TCF Bank** <br> **800 Burr Ridge Pkwy** <br> **Burr Ridge, IL  60527** | | | **Assignee or other notification for:** <br> **Professnl Acct Mgmt In** | | | | |
| ACCOUNT NO. <br><br> **Telecheck** <br> **5251 Westheimer Rd** <br> **Houston, TX  77056-5412** | | | **Assignee or other notification for:** <br> **Professnl Acct Mgmt In** | | | | |
| ACCOUNT NO. **12942950** <br><br> **Progressive Mgmt Syste** <br> **1521 W Cameron Ave Fl 1** <br> **West Covina, CA  91790** | | H | **Open account opened 3/07** | | | | **187.00** |
| ACCOUNT NO. <br><br> **Scripps Memorial Hospital La Jolla** <br> **9888 Genesee Avenue** <br> **La Jolla, CA  92037** | | | **Assignee or other notification for:** <br> **Progressive Mgmt Syste** | | | | |
| ACCOUNT NO. **77526113639** <br><br> **Quest Diagnostics** <br> **Po Box 64804** <br> **Baltimore, MD  21264-4804** | | J | **Medical or Dental Bill** | | | | **575.00** |

Sheet no. ___**7**___ of ___**9**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **818.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Alfaro, Mario A & Alfaro, Ana G**                                     Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Amca**<br>**2269 South Mill River Rd, Bldg 3**<br>**Elmsford, NY  10523** | | | Assignee or other notification for:<br>**Quest Diagnostics** | | | | |
| ACCOUNT NO. **295466627-aa**<br>**Rms**<br>**For American Medical Security Life**<br>**Po Box 280431**<br>**East Hartford, CT  06128** | | J | Collections | | | | **622.00** |
| ACCOUNT NO. **90**<br>**Robert M Septon, Md**<br>**C/O Certiified Services**<br>**1733 Washington St, #201**<br>**Waukegan, IL  60085** | | J | Medical or Dental Bill | | | | **90.00** |
| ACCOUNT NO. **07m1101257**<br>**South Division Credit Union**<br>**C/O James F Dunneback**<br>**14533 John Humphrey Dr, Ste 101**<br>**Orland Park, IL  06462** | | J | Judgment | | | | **9,031.00** |
| ACCOUNT NO.<br>**South Division Credit Union**<br>**9122 S Kedzie Ave**<br>**Evergreen Park, IL  60805** | | | Assignee or other notification for:<br>**South Division Credit Union** | | | | |
| ACCOUNT NO. **50535362**<br>**T Mobile**<br>**Attn Bankruptcy**<br>**Po Box 742596**<br>**Cincinnati, OH  45274** | | J | Utility or Cellular Service | | | | **1,093.00** |
| ACCOUNT NO.<br>**Diversified Consultants**<br>**Po Box 1391**<br>**Southgate, MI  48195-0391** | | | Assignee or other notification for:<br>**T Mobile** | | | | |

Sheet no. ____**8**__ of ____**9**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **10,836.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Alfaro, Mario A & Alfaro, Ana G**
_____    Case No. _____
Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1SC3836**<br><br>**Target National Bank**<br>**Bankruptcy Dept**<br>**Po Box 1327**<br>**Minneapolis, MN  55440** | | J | judgment | | | | 1,578.00 |
| ACCOUNT NO. **dda199370866006**<br><br>**Us Bank**<br>**Po Box 5229**<br>**Cincinnati, OH  45201** | | J | Collections | | | | 338.00 |
| ACCOUNT NO.<br><br>**River Collection And Recovery Service**<br>**Po Box 992**<br>**Elk River, MN  55330** | | | Assignee or other notification for:<br>Us Bank | | | | |
| ACCOUNT NO. **39068036855400001**<br><br>**Verizon Wireless/great**<br>**1515 Woodfield Rd Ste140**<br>**Schaumburg, IL  60173** | | H | Open account opened 8/99 | | | | 2,403.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___**9**___ of ___**9**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **4,319.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $  **61,941.00**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

**IN RE** Alfaro, Mario A & Alfaro, Ana G                                    Case No. _____
_____
Debtor(s)                                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Alfaro, Mario A & Alfaro, Ana G**
_____
Debtor(s)

Case No. _____
(If known)

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE Alfaro, Mario A & Alfaro, Ana G                                      Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): | AGE(S): **16** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Maintance** | **Agent** |
| Name of Employer | **Pebbleshire Apartments** | **Natiowide Insurance** |
| How long employed | **19 years** | **6 years** |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ | 1,656.66 | $ 2,210.00 |
| 2. Estimated monthly overtime | $ | | $ |
| **3. SUBTOTAL** | $ | 1,656.66 | $ 2,210.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|    a. Payroll taxes and Social Security | $ | 203.12 | $ 453.10 |
|    b. Insurance | $ | 68.60 | $ |
|    c. Union dues | $ | | $ |
|    d. Other (specify) _____ | $ | | $ |
| | $ | | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | 271.72 | $ 453.10 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ | 1,384.94 | $ 1,756.90 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | | $ |
| 8. Income from real property | $ | | $ |
| 9. Interest and dividends | $ | | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | | $ |
| 11. Social Security or other government assistance | | | |
|    (Specify) _____ | $ | | $ |
| | $ | | $ |
| 12. Pension or retirement income | $ | | $ |
| 13. Other monthly income | | | |
|    (Specify) _____ | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ | 1,384.94 | $ 1,756.90 |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)     $ 3,141.84

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6J (Official Form 6J) (12/07)**

**IN RE** Alfaro, Mario A & Alfaro, Ana G _____   Case No. _____
            Debtor(s)                                                    (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | _____ |
| a. Are real estate taxes included?   Yes ____   No ✓ | | |
| b. Is property insurance included?   Yes ____   No ✓ | | |
| 2. Utilities: | | |
| a. Electricity and heating fuel | $ | 200.00 |
| b. Water and sewer | $ | _____ |
| c. Telephone | $ | 100.00 |
| d. Other   **Cable And Internet** | $ | 100.00 |
| | $ | _____ |
| 3. Home maintenance (repairs and upkeep) | $ | _____ |
| 4. Food | $ | 550.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 75.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 30.00 |
| 10. Charitable contributions | $ | _____ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 30.00 |
| b. Life | $ | _____ |
| c. Health | $ | _____ |
| d. Auto | $ | 190.00 |
| e. Other | $ | _____ |
| | $ | _____ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | _____ |
| | $ | _____ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 440.00 |
| b. Other   **2nd Auto** | $ | 624.00 |
| | $ | _____ |
| 14. Alimony, maintenance, and support paid to others | $ | _____ |
| 15. Payments for support of additional dependents not living at your home | $ | _____ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | _____ |
| 17. Other   **Personal Care & Grooming** | $ | 120.00 |
|             **Auto Repairs** | $ | 30.00 |
|             **School Expenses** | $ | 100.00 |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.    $ 3,139.00

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 3,141.84 |
| b. Average monthly expenses from Line 18 above | $ | 3,139.00 |
| c. Monthly net income (a. minus b.) | $ | 2.84 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Alfaro, Mario A & Alfaro, Ana G** _____   Case No. _____
Debtor(s)                                                        (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **23** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October 21, 2008** _____   Signature: */s/ Mario A Alfaro* _____
                                   **Mario A Alfaro**                              Debtor

Date: **October 21, 2008** _____   Signature: */s/ Ana G Alfaro* _____
                                   **Ana G Alfaro**                         (Joint Debtor, if any)
                                                            [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____   _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer   Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____   _____
Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                                    Case No. _____

Alfaro, Mario A & Alfaro, Ana G                                        Chapter **7**
_____
                    Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 3,866.00 | 2008 Income from employment (monthly) |
| 46,000.00 | 2007 Income from employment |
| 43,000.00 | 2006 Income from employment - |

---

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☐ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| Nuvell<br>17500 Chenal Pkwy, Ste 20<br>Little Rock, AR 72223 | Last 3 months | 1,320.00 | 15,081.00 |
| Overlnd Bond<br>4701 W Fullerton<br>Chicago, IL 60639 | Last 3 months | 1,872.00 | 3,156.00 |

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Judgment Creditor** | **2008** | **garnishment of wife's check in amount of approx 2600** |

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gleason & Gleason**<br>77 W Washington, Ste 1218<br>Chicago, IL  60602 | | **676.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| None ☑ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| None ☑ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

## 18. Nature, location and name of business

| None ☑ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |
| | *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case. |
| | *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |

| None ☑ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **October 21, 2008**     Signature  */s/ Mario A Alfaro*
                               of Debtor                                    **Mario A Alfaro**

Date: **October 21, 2008**     Signature  */s/ Ana G Alfaro*
                               of Joint Debtor                              **Ana G Alfaro**
                               (if any)

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### United States Bankruptcy Court
### Northern District of Illinois

**IN RE:**                                                    Case No. _____

**Alfaro, Mario A & Alfaro, Ana G**                          Chapter **7** _____

_____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☑ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
☑ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **03 Honda Accord** | **Natl A Fin** | | | | ✓ |
| **02 Honda Accord** | **Overlnd Bond** | | | | ✓ |

| Description of Leased Property | Lessor's Name | | | | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|---|---|---|
| | | | | | |

| Date | | Debtor | | Joint Debtor (if applicable) |
|---|---|---|---|---|
| **10/21/2008** | **/s/ Mario A Alfaro** | | **/s/ Ana G Alfaro** | |
| Date | **Mario A Alfaro** | Debtor | **Ana G Alfaro** | Joint Debtor (if applicable) |

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:**                                                           Case No. _____

**Alfaro, Mario A & Alfaro, Ana G** _____   Chapter **7** _____
                                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **63**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **October 21, 2008** _____   **/s/ Mario A Alfaro** _____
                                            Debtor

                                            **/s/ Ana G Alfaro** _____
                                            Joint Debtor

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Alfaro, Mario A
840 Cherry Valley Rd Apt 107
Vernon Hills, IL  60061

BP
C/O Blatt, Hasenmiller, Liebsker & Moore
125 S Wacker Dr, Ste 400
Chicago, IL  60606

Condell Medical Center
801 S Milwke Av
Libertyville, IL  60048

Alfaro, Ana G
840 Cherry Valley Rd Apt 107
Vernon Hills, IL  60061

Cach Llc
370 17th St Ste 5000
Denver, CO  80202

Credit One Bank
Po Box 98875
Las Vegas, NV  89193

Gleason & Gleason
77 W Washington, Ste 1218
Chicago, IL  60602

Cbcs
PO Box 163250
Columbus, OH  43216-3250

Credit One Bankn.a.
Po Box 98873
Las Vegas, NV  89193

Amca
2269 South Mill River Rd, Bldg 3
Elmsford, NY  10523

Certified Services Inc
1733 Washington St Ste 2
Waukegan, IL  60085

Debt Credit Services
2493 Romig Rd
Akron, OH  44320

American General Finan
Po Box 604
Mundelein, IL  60060

Certified Services Inc
For Family Dental Care
1733 Washington St Ste 2
Waukegan, IL  60085

Discover Bank
C/O Baker, Miller, Markoff & Krasny
29 N Wacker Dr, 5th Flr
Chicago, IL  60606-3221

Armor Systems Co
1700 Kiefer Dr Ste 1
Zion, IL  60099

Certified Services, Inc
C/O David J Axelrod
1448 Old Skokie Rd
Highland Park, IL  60035

Discover Fin
Po Box 15316
Wilmington, DE  19850

Assoc Creditors Exchan
5151 N. Harlem
Chicago, IL  60656

Check Recovery Systems
For Safeway
425 W Kelso St
Inglewood, CA  90301

Diversified Consultants
Po Box 1391
Southgate, MI  48195-0391

Associated Physicians Of Libertyville
1850 W Winchester Rd
Libertyville, IL  60048

Chex Systems
7805 Hudson Rd, Ste 100
Saint Paul, MN  55125-1595

Family Dental Care
328 North Lake St
Mundelein, IL  60060

At&T
Po Box 451409
Atlanta, GA  31145

Chicago Imaging Assoc
3615 Treasury Center
Chicago, IL  60694

Ffcc-columbus Inc
1550 Old Henderson Rd St
Columbus, OH  43220

Bannockburn Radiology Center
2151 Waukegan Rd # 150
Bannockburn, IL  60015

Com Ed
Revenue Management
2100 Swift Dr
Oak Brook, IL  60523

Ford Motor Credit
12110 Emmet
Omaha, NE  68164

GE Auto Financial
75 Remittance Dr, Ste 3061
Chicago, IL  60675

Lake Forest Hospital
660 N Westmoreland Rd
Lake Forest, IL  60045

Professnl Acct Mgmt In
633 W Wisconsin Ave Ste
Milwaukee, WI  53203

Ge Auto Lease
540 W Northwest Hwy
Barrington, IL  60010

Lvnv Funding
For Sears
Po Box 10497
Greenville, SC  29603

Progressive Mgmt Syste
1521 W Cameron Ave Fl 1
West Covina, CA  91790

Goduco Family Dentristry
C/O Armor Systems Corp
2322 N Green Bay Rd
Waukegan, IL  60087

Macys
Po Box 8066
Mason, OH  45040

Quest Diagnostics
Po Box 64804
Baltimore, MD  21264-4804

Golf Surgical Center
8901 Golf Rd # 10
Des Plaines, IL  60016

Med Busi Bur
1460 Renaissance D
Park Ridge, IL  60068

River Collection And Recovery Service
Po Box 992
Elk River, MN  55330

Illinois Collection Se
8231 185th St Ste 100
Tinley Park, IL  60487

Midland Credit Mgmt
8875 Aero Dr Ste 200
San Diego, CA  92123-2255

Rms
For American Medical Security Life
Po Box 280431
East Hartford, CT  06128

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA  19114-0326

Natl A Fin
5700 Crooks Rd Ste 301
Troy, MI  48098

Robert M Septon, Md
C/O Certiified Services
1733 Washington St, #201
Waukegan, IL  60085

Jewel Food Stores
C/O Heller And Frisone
33 N LaSalle St, #1200
Chicago, IL  60602

Nco Fin /99
Pob 41466
Philadelphia, PA  19101

Safeway Stores
P.O. Box 29093
Phoenix, AZ  85038-9093

Joseph Purpura, MD
721 N Mckinley Rd
Lake Forest, IL  60045

North Suburban Dermatology Ass
900 N Westmoreland Rd # 233
Lake Forest, IL  60045

Scripps Memorial Hospital La Jolla
9888 Genesee Avenue
La Jolla, CA  92037

Kca Financial Svcs
628 North St
Geneva, IL  60134

Northeast Radiology Associates
660 N Westmoreland Rd
Lake Forest, IL  60045

South Division Credit Union
C/O James F Dunneback
14533 John Humphrey Dr, Ste 101
Orland Park, IL  06462

Keynote Consulting
600 W Jackson
Chicago, IL  60661

Overlnd Bond
4701 W Fullerton
Chicago, IL  60639

South Division Credit Union
9122 S Kedzie Ave
Evergreen Park, IL  60805

**T Mobile**
**Attn Bankruptcy**
**Po Box 742596**
**Cincinnati, OH  45274**

**Target National Bank**
**Bankruptcy Dept**
**Po Box 1327**
**Minneapolis, MN  55440**

**TCF Bank**
**800 Burr Ridge Pkwy**
**Burr Ridge, IL  60527**

**Telecheck**
**5251 Westheimer Rd**
**Houston, TX  77056-5412**

**Us Bank**
**Po Box 5229**
**Cincinnati, OH  45201**

**Verizon Wireless/great**
**1515 Woodfield Rd Ste140**
**Schaumburg, IL  60173**

## United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**                                                        Case No. _____

**Alfaro, Mario A & Alfaro, Ana G** _____ Chapter **7** _____

                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................................ $ _____ **676.00**

   Prior to the filing of this statement I have received ....................................................................... $ _____ **676.00**

   Balance Due ................................................................................................................. $ _____ **0.00**

2. The source of the compensation paid to me was: ☑ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:   ☐ Debtor   ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **Litigation / Adversary Proceedings**
   **$400.00 for Motions to Redeem**
   **Credit Counseling Fees**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____ **October 21, 2008** _____      **/s/ Troy L Gleason** _____
                Date                                            Signature of Attorney

                                                          **Gleason & Gleason**
                                                              Name of Law Firm

Form
**1040EZ**

Department of the Treasury - Internal Revenue Service
**Income Tax Return for Single and
Joint Filers With No Dependents**   **2007**

OMB No. 1545-0074

| | | |
|---|---|---|
| **Label** (See page 8.) Use the IRS label. Otherwise, please print or type. | ANA G ALFARO 840 CHERRY VALLEY RD APT 107 VERNON HILLS, IL 60061 | Your social security number Spouse's social security no. ▲ You must enter your SSN(s) above. ▲ |

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** (page 9) ►  Check here if you, or your spouse if a joint return, want $3 to go to this fund. ►   You ☐   Spouse ☐

| **Income** Attach Form(s) W-2 here. Enclose, but do not attach, any payment. | | |
|---|---|---|
| 1 | Wages, salaries, and tips. This should be shown in box 1 of your Form(s) W-2. Attach your Form(s) W-2. | 1   27,149. |
| 2 | Taxable interest. If the total is over $1,500, you cannot use Form 1040EZ. | 2 |
| 3 | Unemployment compensation and Alaska Permanent Fund dividends (see page 11). | 3 |
| 4 | Add lines 1, 2, and 3. This is your **adjusted gross income.** | 4   27,149. |
| 5 | If someone can claim you (or your spouse if a joint return) as a dependent, check the applicable box(es) below and enter the amount from the applicable worksheet on back. ☐ You   ☐ Spouse If no one can claim you (or your spouse if a joint return), enter $8,750 if single; $17,500 if married filing jointly. See page 2 for explanation. | 5   8,750. |
| 6 | Subtract line 5 from line 4. If line 5 is larger than line 4, enter -0-. This is your **taxable income.** ► | 6   18,399. |

| **Payments and tax** | | |
|---|---|---|
| 7 | Federal income tax withheld from box 2 of your Form(s) W-2. | 7   2,614. |
| 8a | **Earned income credit (EIC).** | 8a |
| b | Nontaxable combat pay election. | 8b |
| 9 | Add lines 7 and 8a. These are your total payments. ► | 9   2,614. |
| 10 | **Tax.** Use the amount on line 6 above to find your tax in the tax table on pages 18–26 of the booklet. Then, enter the tax from the table on this line. | 10   2,365. |

| **Refund** Have it directly deposited! See page 15 and fill in 11b, 11c, and 11d or Form 8888. | | |
|---|---|---|
| 11a | If line 9 is larger than line 10, subtract line 10 from line 9. This is your **refund.** If Form 8888 is attached, check here ► | 11a   249. |
| ► b | Routing number   071921691 | ► c Type   X Checking   ☐ Savings |
| ► d | Account number   125366751 | |

| **Amount you owe** | | |
|---|---|---|
| 12 | If line 10 is larger than line 9, subtract line 9 from line 10. This is the **amount you owe.** For details on how to pay, see page 16. ► | 12 |

**Third party designee**   Do you want to allow another person to discuss this return with the IRS (see page 16)?   X Yes. Complete the following.   ☐ No
Designee's name ► HR BLOCK   Phone no. ► (847) 541-8818   Personal ID number (PIN) ► 13655

**Sign here**
Joint return? See page 6.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return, and to the best of my knowledge and belief, it is true, correct, and accurately lists all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Your signature   - For Information Only -   Date   Your occupation   INSURANCE AGENT   Daytime phone number
Spouse's signature. If a joint return, **both** must sign.   ----- Do Not File -----   Date   Spouse's occupation

| **Paid preparer's use only** | | | | |
|---|---|---|---|---|
| Preparer's signature ► | Date 4/12/2008 | Check if self-employed ☐ | Preparer's SSN or PTIN P00689767 | |
| Firm's name (or yours if self-employed), address, and ZIP code ► | H AND R BLOCK ENTERPRISES INC MUNDELEIN, IL 60060 | | EIN 43-1862223 Phone no. (847) 566-5557 | |

KBA   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 32.

Form **1040EZ** (2007)

1040EZ (2007)   FD1040EZ-1V 1.2

Form
**1040A**

Department of the Treasury—Internal Revenue Service

**U.S. Individual Income Tax Return**   **2007**   OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

| Label (See page 15.) | Your first name and initial | Last name | Your social security number |
|---|---|---|---|
| | Mario A | Alfaro | ~~348~~ ~~86~~ ~~9469~~ |
| | If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| **Use the IRS label.** Otherwise, please print or type. | Home address (number and street). If you have a P.O. box, see page 15. 840 Cherry Valley Rd. | | Apt. no. 107 | ▲ **You must enter your SSN(s) above.** ▲ |
| | City, town or post office, state, and ZIP code. If you have a foreign address, see page 15. Vernon Hills IL 60061 | | | Checking a box below will not change your tax or refund. |

Presidential Election Campaign ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 15)   ▶ ☐ You  ☐ Spouse

**Filing status**
Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☒ Head of household (with qualifying person). (See page 16.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not check box 6a.**

b ☐ **Spouse**

c **Dependents:**

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 18) |
|---|---|---|---|
| Mario   Alfaro Jr | 354 86 3909 | Son | ☒ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than six dependents, see page 18.

| | |
|---|---|
| Boxes checked on 6a and 6b | 1 |
| No. of children on 6c who: • lived with you | 1 |
| • did not live with you due to divorce or separation (see page 19) | |
| Dependents on 6c not entered above | |
| Add numbers on lines above. ▶ | 2 |

d Total number of exemptions claimed.

**Income**

Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 21.

Enclose, but do not attach, any payment.

| | | | | |
|---|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2. | | 7 | 19309 75 |
| 8a | Taxable interest. Attach Schedule 1 if required. | | 8a | |
| b | Tax-exempt interest. Do not include on line 8a. | 8b | | |
| 9a | Ordinary dividends. Attach Schedule 1 if required. | | 9a | |
| b | Qualified dividends (see page 22). | 9b | | |
| 10 | Capital gain distributions (see page 22). | | 10 | |
| 11a | IRA distributions.   11a | 11b Taxable amount (see page 22). | 11b | |
| 12a | Pensions and annuities.   12a | 12b Taxable amount (see page 23). | 12b | |
| 13 | Unemployment compensation and Alaska Permanent Fund dividends. | | 13 | |
| 14a | Social security benefits.   14a | 14b Taxable amount (see page 25). | 14b | |
| 15 | Add lines 7 through 14b (far right column). This is your **total income**. ▶ | | 15 | 19309 75 |

**Adjusted gross income**

| | | | | |
|---|---|---|---|---|
| 16 | Educator expenses (see page 25). | 16 | | |
| 17 | IRA deduction (see page 27). | 17 | | |
| 18 | Student loan interest deduction (see page 29). | 18 | | |
| 19 | Tuition and fees deduction. Attach Form 8917. | 19 | | |
| 20 | Add lines 16 through 18. These are your **total adjustments.** | | 20 | 0 |
| 21 | Subtract line 20 from line 15. This is your **adjusted gross income**. ▶ | | 21 | 19309 75 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 74.   Cat. No. 11327A   Form **1040A** (2007)

Form 1040A (2007) **Page 2**

| | | | |
|---|---|---|---|
| **Tax, credits, and payments** | 22 | Enter the amount from line 21 (adjusted gross income). | 22 | 19309 |75 |

23a Check { You were born before January 2, 1943, □ Blind } Total boxes
If: { Spouse was born before January 2, 1943, □ Blind } checked ► 23a □

**Standard Deduction for—**

b If you are married filing separately and your spouse itemizes deductions, see page 30 and check here ► 23b □

• People who checked any box on line 23a or 23b or who can be claimed as a dependent, see page 30.

24 Enter your standard deduction (see left margin). | 24 | 7850 |00
25 Subtract line 24 from line 22. If line 24 is more than line 22, enter -0-. | 25 | 11459 |75
26 If line 22 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 22 is over $117,300, see the worksheet on page 32. | 26 | 6800 |00
27 Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your **taxable income**. ► | 27 | 4659 |75
28 Tax, including any alternative minimum tax (see page 30). | 28 | 468 |

• All others:
Single or Married filing separately, $5,350

Married filing jointly or Qualifying widow(er), $10,700

Head of household, $7,850

29 Credit for child and dependent care expenses. Attach Schedule 2. | 29 | ∅ |
30 Credit for the elderly or the disabled. Attach Schedule 3. | 30 | ∅ |
31 Education credits. Attach Form 8863. | 31 | |
32 Child tax credit (see page 35). Attach Form 8901 if required. | 32 | 468 |
33 Retirement savings contributions credit. Attach Form 8880. | 33 | |
34 Add lines 29 through 33. These are your **total credits**. | 34 | 468 |
35 Subtract line 34 from line 28. If line 34 is more than line 28, enter -0-. | 35 | 0 |
36 Advance earned income credit payments from Form(s) W-2, box 9. | 36 | 0 |
37 Add lines 35 and 36. This is your **total tax**. ► | 37 | 0 |
38 Federal income tax withheld from Forms W-2 and 1099. | 38 | 440 |00
39 2007 estimated tax payments and amount applied from 2006 return. | 39 | |

**If you have a qualifying child, attach Schedule EIC.**

40a Earned income credit (EIC). | 40a | 2224 |00
b Nontaxable combat pay election. | 40b | |
41 Additional child tax credit. Attach Form 8812. | 41 | |
42 Add lines 38, 39, 40a, and 41. These are your **total payments**. ► | 42 | 2664 |

**Refund**

43 If line 42 is more than line 37, subtract line 37 from line 42. This is the amount you **overpaid**. | 43 | 2664 |

**Direct deposit?**
See page 52 and fill in 44b, 44c, and 44d or Form 8888.

44a Amount of line 43 you want refunded to you. If Form 8888 is attached, check here ► □ | 44a | 2664 |
► b Routing number | 0 7 1 9 1 7 4 4 0 8 | ► c Type: ☑ Checking □ Savings
► d Account number | 5 1 2 2 7 3 4 7 |

45 Amount of line 43 you want applied to your **2008 estimated tax**. | 45 | ∅ |

**Amount you owe**

46 Amount you owe. Subtract line 42 from line 37. For details on how to pay, see page 53. ► | 46 | |
47 Estimated tax penalty (see page 53). | 47 | |

**Third party designee** Do you want to allow another person to discuss this return with the IRS (see page 54)? □ Yes. Complete the following. ☒ No

Designee's name ► | Phone no. ► ( ) | Personal identification number (PIN) ►

**Sign here**
Joint return? See page 15. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Your signature | Date 3-31-08 | Your occupation maintenance | Daytime phone number (847) 531 6776
Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation

**Paid preparer's use only**

Preparer's signature ► | Date | Check if self-employed □ | Preparer's SSN or PTIN
Firm's name (or yours if self-employed), address, and ZIP code ► | EIN | Phone no. ( )

Form **1040A** (2007)

Illinois Department of Revenue
# 2007 Form IL-1040
Individual Income Tax Return

or for fiscal year ending ___ / 0 8

*Do not write above this line.*

**Step 1: Personal Information**

A   Your Social Security numbers in the order they appear on your federal return

`3` `4` `8` - `8` `4` - `4` `4` `6` `9`
Your Social Security number

☐☐☐ - ☐☐ - ☐☐☐☐
Your spouse's Social Security number

B   Print your personal information below

Mario A | Alfaro
Your first name and initial | Your last name

_____ | _____
Your spouse's first name and initial | Your spouse's last name (if different)

840 Cherry Valley Rd. #107
Mailing address

Vernon Hills | IL | 60061
City | State | ZIP

MAKE "GIVING" EASY! Use Line 28

C   Filing status (see instructions)
☒ Single or head of household   ☐ Married filing jointly   ☐ Married filing separately   ☐ Widowed

**Step 2: Income**

| | | | |
|---|---|---|---|
| 1 | Federal adjusted gross income from your U.S. 1040, Line 37; U.S. 1040A, Line 21; or U.S. 1040EZ, Line 4 | 1 | 19,310 |
| 2 | Federally tax-exempt interest and dividend income from your U.S. 1040 or 1040A, Line 8b; or U.S. 1040EZ | 2 | |
| 3 | Other additions to your income. **Attach Schedule M.** | 3 | |
| 4 | Add Lines 1 through 3. This is your total income. | 4 | 19,310 |

**Step 3: Base Income**

| | | | |
|---|---|---|---|
| 5 | Income received from Social Security benefits and certain retirement plans if included in Step 2, Line 1. **Attach federal page 1.** | 5 | |
| 6 | Military pay earned if included in Step 2, Line 1. **Attach military W-2.** | 6 | |
| 7 | Illinois Income Tax overpayment included in U.S. 1040, Line 10 | 7 | |
| 8 | U.S. Treasury bonds, bills, notes, savings bonds, and U.S. agency interest from U.S. 1040, Schedule B, or U.S. 1040A, Schedule 1 | 8 | |
| 9 | Other subtractions to your income. **Attach Schedule M.** | 9 | |
| | Check if Line 9 includes any amount from Schedule 1299-C ☐ | | |
| 10 | Add Lines 5 through 9. This is the total of your subtractions. | 10 | 0 |
| 11 | Subtract Line 10 from Line 4. This is your Illinois **base income.** | 11 | 19,310 |

**Step 4: Exemptions**

See instructions before completing Line 12

| | | | |
|---|---|---|---|
| 12 a | Number of exemptions from your federal return   2   X $2,000   a | 4,000 | |
| b | If someone else claimed or could have claimed you or your spouse as a dependent on their return, see instructions to figure the number to write here.   X $2,000   b | | |
| c | Check if 65 or older.  ☐ You  +  ☐ Spouse  =   X $1,000   c | | |
| d | Check if legally blind.  ☐ You  +  ☐ Spouse  =   X $1,000   d | | |
| | Add Lines a through d. This is your total Illinois exemption allowance. | 12 | 4,000 |

**Step 5: Net Income**

| | | | |
|---|---|---|---|
| 13 | **Residents only:** Subtract Line 12 from Line 11. This is your net income. *Skip Line 14.* | 13 | 15,310 |
| 14 | **Nonresidents and part-year residents only:** Check the box that applies to you during 2007 ☐ Nonresident ☐ Part-year resident, and write the Illinois base income from Schedule NR. **Attach Schedule NR.** | 14 | |

**Step 6: Tax**

| | | | |
|---|---|---|---|
| 15 | **Residents:** Multiply Line 13 by 3% (.03). Write the result here. This is your tax. **Nonresidents and part-year residents:** Write the tax from Schedule NR. This amount may not be less than zero. | 15 | 459 |

IL-1040 front (R-12/07)

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center. IL-492-0000.

16  Tax amount from Page 1, Step 8, Line 15                                              16 _____ 459 |

## Step 7: Payments and Credits

17  Illinois income tax withheld. **Attach W-2 and 1099 forms.**                          17 _____ 579 |

18  Estimated payments from Forms IL-505-I and IL-1040-ES, including
    overpayment applied from Line 31 of your 2006 return                                 18 _____ |

Nonresidents may not claim a credit on Lines 19, 20, or 21

19  Income tax paid to another state while an Illinois resident. **Attach
    Schedule CR and other states' returns.**                                            19 _____ |

20  Illinois Property Tax credit. **Complete PT Worksheet in instructions.**
    PT Worksheet Line 3 amount                                20a _____ |
    PT Worksheet Line 8 amount                                                           20b _____ |

The total of Lines 19, 20b, and 21b may not exceed the tax amount on Line 16.

21  K-12 education expense credit. **Complete ED Worksheet in instructions.
    or Schedule ED. Attach receipt or Schedule ED.**
    ED Worksheet or Schedule ED Line 1 amount  21a _____ |
    ED Worksheet or Schedule ED Line 10 amount                                           21b _____ |

22  Earned Income Credit. **Complete EIC Worksheet in instructions.**
    EIC Worksheet Line 1 amount                    22a _____ 2,224 |
    EIC Worksheet Line 4 amount                                22b _____ 111 |

23  Income tax credit amount from Schedule 1299-C. **Attach
    Schedule 1299-C.**                                                                   23 _____ 690 |

24  Add Lines 17, 18, 19, 20b, 21b, 22b, and 23. This is your payments and credits total.  24 _____ 690 |

## Step 8: Overpayment or Tax Due

25  If Line 24 is greater than Line 16, subtract Line 16 from Line 24. This is your **overpayment.**  25 _____ 231 |

26  If Line 16 is greater than Line 24, subtract Line 24 from Line 16. This is your **tax due.**  26 _____ |

## Step 9: Penalty

27  Late-payment penalty for underpayment of estimated tax                               27 _____ |
    a  Check if you annualized your income on Form IL-2210, Step 6, or if you are
       65 or older and permanently living in a nursing home. **Attach Form IL-2210.**    ☐
    b  Check if at least two-thirds of your federal gross income
       is from farming. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .        ☐

## Step 10: Donations *Any donation will reduce your refund or increase the amount you owe*

28  Amount you wish to donate to one or more of the following voluntary contribution funds:

MAKE "GIVING" EASY!

    Wildlife          a _____ |   Breast Cancer    e _____ |   Diabetes          i _____ |
    Child Abuse       b _____ |   Multiple Sclerosis f _____ |   Autoimmune       j _____ |
    Alzheimers        c _____ |   Military Family   g _____ |   Lung Cancer       k _____ |
    Homeless          d _____ |   Ill Vietnam Home  h _____ |

    Add Lines a through k. This is your donations total.                                 28 _____ |

29  Add Line 27 and Line 28. This is your penalty and donations total.                   29 _____ 0 |

## Step 11: Refund or Amount You Owe

30  If you have an overpayment on Line 25 and this amount is greater than
    Line 29, subtract Line 29 from Line 25.                                              30 _____ 231 |

31  Amount from Line 30 that you want applied to 2008 estimated tax                      31 _____ 0 |

32  Subtract Line 31 from Line 30. This is your refund.                                  32 _____ 231 |

33  Complete to direct deposit your refund.
    Routing number  [0][7][1][9][7][4][4][0][8]   [X] Checking  or  [ ] Savings
    Account number  [5][1][2][2][7][3][4][7][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

*See instructions for payment options.*

34  If you have tax due on Line 26, add Lines 26 and 29.  **OR**
    If you have an overpayment on Line 25 and this amount is less than Line 29,
    subtract Line 25 from Line 29. This is the **amount you owe.**                       34 _____ |

## Step 12: Sign and Date

Under penalties of perjury, I state that I have examined this return, and, to the best of my knowledge, it is true, correct, and complete.

_____   _____   _____   _____   _____
Your signature             Date       Daytime phone number       Your spouse's signature    Date

_____   _____   _____   _____
Paid preparer's signature  Date       Preparer's phone number    Preparer's FEIN, SSN, or PTIN

✉  If no payment enclosed, mail to:          ✉  If payment enclosed, mail to:
   ILLINOIS DEPARTMENT OF REVENUE              ILLINOIS DEPARTMENT OF REVENUE
   SPRINGFIELD IL 62719-0001                   SPRINGFIELD IL 62726-0001

♻  IL-1040 back (R-12/07) DR _____ AP _____ CA DE EV ME MO PR RM RR TT TV WA WT WV ZZ ID _____



Jim Kelly Insurance Agency Inc. dba
Nationwide, 200 Peterson Road, Libertyville, IL 60048

Processed by Corporate Payroll Services

| EMP. ID | DEPT | EMPLOYEE NAME | | PERIOD BEG. | PERIOD END. | CHECK NO. |
|---------|------|---------------|--|-------------|-------------|-----------|
| 07 | 100 | Alfaro, Ana G | | 09/13/2008 | 09/26/2008 | 11078 |

| EARNINGS | HRS./UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|----------|-----------|----------------|--------------|------------|----------------|--------------|
| Regular | 80.00 | 1020.00 | 20309.25 | Fed Withhold | 102.81 | 2170.0 |
| Commissions | .00 | .00 | 940.00 | Employee FICA | 78.02 | 1625.5 |
| | | | | IL State W/H | 28.29 | 588.9 |
| | | | | Garnishment1 | 153.00 | 2586.4 |

840 Cherry Valley Rd
#107
Vernon Hills    IL 60061

Federal Marital Status:      S
Federal Exemptions:      1
IL State Marital Status:      S
IL State Exemptions:      1

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|----------|------------------|--------------------|---------|-----------------|-------------------|----------------|
| 12.7500 | 1020.00 | 362.12 | 657.88 | 21249.25 | 6971.05 | 14278.20 |



Jim Kelly Insurance Agency Inc dba
Nationwide, 200 Peterson Road, Libertyville, IL 60048

Processed by Corporate Payroll Services

| EMP. ID | DEPT | EMPLOYEE NAME | | | | PERIOD BEG. | | PERIOD END. | CHECK NO. |
|---|---|---|---|---|---|---|---|---|---|
| 07 | 100 | Alfaro, Ana G | | | | 08/30/2008 | | 09/12/2008 | 11073 |

| EARNINGS | HRS./UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DA... |
|---|---|---|---|---|---|---|
| Regular | 88.00 | 1122.00 | 19289.25 | Fed Withhold | 122.61 | 2067.... |
| Commissions | .00 | 30.00 | 940.00 | Emp11yee FICA | 88.13 | 1547.5 |
| | | | | IL State W/H | 32.25 | 560.6 |
| | | | | Garnishment1 | 172.80 | 2433.4 |

840 Cherry Valley Rd
#107
Vernon Hills        IL  60061

Federal Marital Status:        S
Federal Exemptions:        1
IL State Marital Status:        S
IL State Exemptions:        1

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D NET PAY |
|---|---|---|---|---|---|---|
| 12.7500 | 1152.00 | 415.79 | 736.21 | 20229.25 | 6608.93 | 13620.32 |



Jim Kelly Insurance Agency Inc.dba
Nationwide, 200 Peterson Road, Libertyville, IL 60048

Processed by Corporate Payroll Services

| EMP. ID | DEPT | | EMPLOYEE NAME | | | PERIOD BEG. | PERIOD END. | | CHECK NO. |
|---|---|---|---|---|---|---|---|---|---|
| 07 | 100 | | Alfaro, Ana G | | | 08/16/2008 | 08/29/2008 | | 11067 |

| EARNINGS | HRS-UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 80.00 | 1020.00 | 18167.25 | Fed Withhold | 111.81 | 1944.67 |
| Commissions | .00 | 60.00 | 910.00 | Emplee FICA | 82.62 | 1459.41 |
| | | | | IL State W/H | 30.09 | 528.43 |
| | | | | Garnishment1 | 162.00 | 2260.63 |

840 Cherry Valley Rd
#107
Vernon Hills      IL  60061

Federal Marital Status:      S
Federal Exemptions:      1
IL State Marital Status:      S
IL State Exemptions:      1

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| 12.7500 | 1080.00 | 386.52 | 693.48 | 19077.25 | 6193.14 | 12884.11 |



Jim Kelly Insurance Agency Inc.dba
Nationwide, 200 Peterson Road, Libertyville, IL 60048

Processed by Corporate Payroll Services

| EMP. ID | DEPT | EMPLOYEE NAME |
|---|---|---|
| 07 | 100 | Alfaro, Ana G |

840 Cherry Valley Rd
#107
Vernon Hills          IL 60061

Federal Marital Status:      S
Federal Exemptions:          1
IL State Marital Status:     S
IL State Exemptions:         1

| PERIOD BEG. | PERIOD END. | CHECK NO. |
|---|---|---|
| 08/02/2008 | 08/15/2008 | 11061 |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|
| Regular | 80.00 | 1020.00 | 17147.25 |
| Commissions | .00 | .00 | 850.00 |

| DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|
| Fed Withhold | 102.81 | 1832.86 |
| Employee FICA | 78.03 | 1376.75 |
| IL State W/H | 28.29 | 498.34 |
| Garnishment1 | 153.00 | 2098.63 |

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| 12.7500 | 1020.00 | 362.13 | 657.87 | 17997.25 | 5806.62 | 12190.63 |

## PEBBLESHIRE II ASSOCIATES

| Employee | | Fed Status/Allows/Extra | IL Status/Allows/Deducts/Extra |
|---|---|---|---|
| Mario A. Alfaro, 840 Cherry Valley Rd., Apt. #107, Vernon Hills, IL  60061 | | Married/0/0.00 | Withhold/0/0/0.00 |
| | | Pay Period: 07/16/2008 - 07/31/2008 | Pay Date: 08/01/2008 |

| Compensation | Qty | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | | | 828.33 | 11,596.62 |
| Bonus | | | | 500.00 |
| Vacation Cashed Out | | | | 382.31 |
| | | | 828.33 | 12,478.93 |

| Pre-Tax Deductions | | | Current | YTD |
|---|---|---|---|---|
| Dental Insurance | | | 34.30 | 465.71 |

| Employee-Paid Taxes | | | Current | YTD |
|---|---|---|---|---|
| Federal Income Tax | | | 17.00 | 326.00 |
| Medicare | | | 11.51 | 174.19 |
| Social Security | | | 49.23 | 744.82 |
| IL - Income Tax | | | 23.82 | 360.40 |
| | | | 101.56 | 1,605.41 |

| Net Pay | | | 692.47 | 10,407.81 |
|---|---|---|---|---|

Pebbleshire II Associates, 840 Cherry Valley Road, Vernon Hills, IL  60061 (847)367-1373

## PEBBLESHIRE II ASSOCIATES

4266

| Employee | | Fed Status/Allows/Extra | IL Status/Allows/Deducts/Extra |
|---|---|---|---|
| Mario A. Alfaro, 840 Cherry Valley Rd., Apt. #107, Vernon Hills, IL  60061 | | Married/2/0.00 | Withhold/0/0/0.00 |
| | | Pay Period: 09/16/2008 - 09/30/2008 | Pay Date: 10/01/2008 |

| Compensation | Qty | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | | | 828.33 | 14,909.94 |
| Bonus | | | | 500.00 |
| Vacation Cashed Out | | | | 382.31 |
| | | | 828.33 | 15,792.25 |

| Pre-Tax Deductions | | | Current | YTD |
|---|---|---|---|---|
| Dental Insurance | | | 34.30 | 602.91 |

| Employee-Paid Taxes | | | Current | YTD |
|---|---|---|---|---|
| Federal Income Tax | | | 17.00 | 394.00 |
| Medicare | | | 11.52 | 220.25 |
| Social Security | | | 49.23 | 941.74 |
| IL - Income Tax | | | 23.82 | 455.68 |
| | | | 101.57 | 2,011.67 |

| Net Pay | | | 692.46 | 13,177.67 |
|---|---|---|---|---|

Pebbleshire II Associates, 840 Cherry Valley Road, Vernon Hills, IL  60061 (847)367-1373

## PEBBLESHIRE II ASSOCIATES

**Employee**
Mario A. Alfaro, 840 Cherry Valley Rd., Apt. #107, Vernon Hills, IL  60061

**Fed Status/Allows/Extra**

**IL Status/Allows/Deducts/Extra**

Pay Period: 08/16/2008 - 08/31/2008        Pay Date: 09/01/2008

| Compensation | Qty | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | | | 828.33 | 13,253.28 |
| Bonus | | | | 500.00 |
| Vacation Cashed Out | | | | 382.31 |
| | | | 828.33 | 14,135.59 |

| Pre-Tax Deductions | | | Current | YTD |
|---|---|---|---|---|
| Dental Insurance | | | 34.30 | 534.31 |

| Employee-Paid Taxes | | | Current | YTD |
|---|---|---|---|---|
| Federal Income Tax | | | 17.00 | 360.00 |
| Medicare | | | 11.51 | 197.22 |
| Social Security | | | 49.23 | 843.28 |
| IL - Income Tax | | | 23.82 | 408.04 |
| | | | 101.56 | 1,808.54 |

| **Net Pay** | | | **692.47** | **11,792.74** |
|---|---|---|---|---|

Pebbleshire II Associates, 840 Cherry Valley Road, Vernon Hills, IL  60061 (847)367-1373

---

## PEBBLESHIRE II ASSOCIATES

4037

**Employee**
Mario A. Alfaro, 840 Cherry Valley Rd., Apt. #107, Vernon Hills, IL  60061

**Fed Status/Allows/Extra**
Married/2/0.00

**IL Status/Allows/Deducts/Extra**
Withhold/0/0/0.00

Pay Period: 04/16/2008 - 04/30/2008        Pay Date: 05/01/2008

| Compensation | Qty | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | | | 828.33 | 6,626.64 |
| Bonus | | | | 500.00 |
| Vacation Cashed Out | 40.00 | | 382.31 | 382.31 |
| | | | 1,210.64 | 7,508.95 |

| Pre-Tax Deductions | | | Current | YTD |
|---|---|---|---|---|
| Dental Insurance | | | 32.69 | 261.52 |

| Employee-Paid Taxes | | | Current | YTD |
|---|---|---|---|---|
| Federal Income Tax | | | 55.00 | 224.09 |
| Medicare | | | 17.08 | 105.09 |
| Social Security | | | 73.03 | 449.34 |
| IL - Income Tax | | | 35.34 | 217.43 |
| | | | 180.45 | 995.86 |

| **Net Pay** | | | **997.50** | **6,251.57** |
|---|---|---|---|---|

Pebbleshire II Associates, 840 Cherry Valley Road, Vernon Hills, IL  60061 (847)367-1373

Certificate Number: 03788-ILN-CC-005124809

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 10, 2008_____, at 5:14_____ o'clock PM EDT_____,

Mario A Alfaro_____ received from

Alliance Credit Counseling, Inc._____,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois_____, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared_____. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet_____.

Date: October 10, 2008_____       By    /s/Benjamin Gaines_____

                                        Name  Benjamin Gaines_____

                                        Title  Accredited Credit Counseling_____

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared_____. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet_____.

Date: October 10, 2008_____       By    /s/Benjamin Gaines_____

                                        Name  Benjamin Gaines_____

                                        Title  Accredited Credit Counseling_____

Certificate Number: 03788-ILN-CC-005124800

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 10, 2008           , at 5:14        o'clock PM EDT           ,

Ana G Alfaro                                        received from

Alliance Credit Counseling, Inc.                                              ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois                , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared     . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet                       .


Date: October 10, 2008           By    /s/Benjamin Gaines

                                 Name  Benjamin Gaines

                                 Title   Accredited Credit Counseling


* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

United States Bankruptcy Court
Northern District of Illinois

IN RE:                                          Case No. _____

Alfaro, Mario A & Alfaro, Ana                   Chapter 7 _____
                    Debtor(s)

## DECLARATION REGARDING ELECTRONIC FILING
Signed by Debtor(s) or Corporate Representative
**To Be Used When Filing over the Internet**

PART I - DECLARATION OF PETITIONER                    Date: **October 11, 2008**
A. To be completed in all cases.

I(We) **Mario A Alfaro** _____ and **Ana A Alfaro** _____, the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my (our)attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. sections 707(a) and 105.

B. To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

   ☑ I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C. To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

   ☐ I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature: _____          Signature: _____
(Debtor or Corporate Officer, Partner or Member)                        (Joint Debtor)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only